■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH TACARDON, Appellant.— Judgment, Supreme Court, New York County, entered on April 6, 1971, convicting defendant, after trial before Schweitzer, J. and a jury, of burglary in the third degree and grand larceny in the first degree, and sentencing defendant, as a multiple felony offender, to concurrent terms of imprisonment of not less than five nor more than eight years, unanimously modified, on the law, to the extent of vacating the conviction for burglary and the cause remanded for resentencing pursuant to CPL 470.20 (subd. 3). The record is devoid of proof that defendant opened the window to effect entry into the apartment (see former Penal Law, § 404). The element of breaking was not made out and accordingly the evidence to sustain the conviction for burglary is insufficient. (*People* v. *Wissler*, 28 A D 2d 918; *People* v. *Williams*, 29 A D 2d 780; *People* v. *Dornblut*, 24 A D 2d 639; *People* v. *Owens*, 20 A D 2d 900; *People* v. *Krevoff*, 11 A D 2d 1053.) We have examined the other assignments of error and find them to be without merit. Concur — McGivern, J. P., Kupferman, McNally, Capozzoli and Macken, JJ.

■ DONATO SIGNORE, as Administrator of the Estate of ANTHONY SIGNORE, Deceased, Appellant, v. JOSEPH H. STAFFORD, Respondent.— Order, Supreme Court, Bronx County, entered May 12, 1972, denying plaintiff's motion to serve a supplemental bill of particulars and granting defendant's cross motion to stay the trial of the action, unanimously modified, on the law and in the exercise of discretion, to grant plaintiff's motion to permit service of a supplemental bill of particulars, and otherwise affirmed, without costs and without disbursements. In view of the stay of the action pending trial of the Court of Claims suit, we can see no prejudice in permitting the service of the supplemental bill of particulars. Concur — Nunez, J. P., Kupferman, Steuer, Tilzer and Capozzoli, JJ.

## (October 10, 1972)

■ NATIONAL STATE BANK, ELIZABETH, N. J., Respondent, v. ELECTRO STATE INDUSTRIES et al., Appellants, et al., Defendant.— Order and judgment, Supreme Court, New York County, entered June 20, 1972, and July 13, 1972, respectively, granting summary judgment to plaintiff, unanimously affirmed, without costs and without disbursements. (*Travelers Ins. Co.* v. *Law Research Serv.*, 34 A D 2d 764.) Concur — McGivern, J. P., Nunez, Kupferman, Steuer and Capozzoli, JJ.